No. 88–7322.   STUMPF *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.;

No. 88–7356.   CARR *v.* UNITED STATES.   C. A. Fed. Cir.; and

No. 88–7583.   ROCHE *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir.   Motions of petitioners for leave to proceed *in forma pauperis* denied.   Petitioners are allowed until October 23, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.

No. 88–7381.   BONIN *v.* CALIFORNIA.   Sup. Ct. Cal.   Motion of petitioner for leave to file an amendment to the petition for writ of certiorari granted.

No. 88–7626.   RIVERA *v.* OROWEAT FOODS CO., INC., ET AL. C. A. 9th Cir.;

No. 89–5159.   MALONE *v.* SHELBY COUNTY BOARD OF EDUCATION ET AL.   Ct. App. Tenn.; and

No. 89–5333.   JOSHUA ET UX. *v.* NEWELL, FOSTER HOME LICENSOR, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL. C. A. 9th Cir.   Motions of petitioners for leave to proceed *in forma pauperis* denied.   Petitioners are allowed until October 23, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.

No. 89–5021.   IN RE TILLMAN.   C. A. 7th Cir.   Petition for writ of common-law certiorari denied.